Matter of Williams v County of Onondaga (2023 NY Slip Op 03669)

Matter of Williams v County of Onondaga

2023 NY Slip Op 03669

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023

PRESENT: WHALEN, P.J., PERADOTTO, LINDLEY, BANNISTER, AND MONTOUR, JJ. (Filed June 30, 2023.) 

MOTION NO. (969/22) TP 22-01061.

[*1]IN THE MATTER OF SONYA WILLIAMS, PETITIONER, 
v
COUNTY OF ONONDAGA, ONONDAGA COUNTY LEGISLATURE, EUGENE J. CONWAY, AS SHERIFF OF ONONDAGA COUNTY AND SUSAN C. DEMARI, AS CHIEF DEPUTY/CIVIL DEPARTMENT OF ONONDAGA COUNTY SHERIFF'S OFFICE, RESPONDENTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.